UNITED STATES DISTRICT COURT
OF WESTREN ARKANSAS

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 14 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

PLAINTIFF          (          Dated; 06/26/2006
                   (          JURY TRIAL ONLY
DANANAI A. McCARTHY (
                   (          CASE# 06-5150
        V          (
                   (
DEFENDANTS         (
                   (
                   (
                   (
                   (
                   (


DEFENDANTS


1. Dr. N. Mullins
   1300 Southwest 14th
   Bentonville, Arkansas
   $1,000,000,000.00-one billion dollars

   Cause: Medical Malpractice
          Wrongful death
          Neglect


Also Dr. N. mullins as a private citizen
$500,000,000.00-five hundred million dollars

   Cause: Medical Malpractice
          Wrongful death
          Neglect


2. Benton County Jail Staff (medical) as individual citizens.
   $500,000,000.00-five hundred million dollars

   Cause: Medical Malpractice
          Wrongful death
          Neglect


3. Captain Patrey
   1300 Southwest 14th
   Bentonville, Arkansas
   $11,000,000,000.00-eleven billion dollars

   Cause: Wrongful death and Neglect.

   Also, Mr. Patrey as an individual citizen
       $1,500,000,000.00-one billionfive hundred million dollars

       Cause: Wrongful death
              Neglect


4. Lt. Carter
   1300 Southwest 14th
   Bentonville, Arkansas
   $22,000,000,000.00-twenty two billion dollars

   Also, Mr. Carter as an individual citizen
       $3,500,000,000.00-three billion five hundred million
       dollars.

       Cause: Wrongful death
              neglect

5. Benton County Sheriff Ferguson, Also, as a private citizen
   1300 Southwest 14th
   Bentonville, Arkansas
   $400,000,000.00-four hundred million dollars

   Cause: Wrongful death
          Neglect


6. Benton County Jail Senior Officers, each also as individual
   citizens.
   1300 Southwest 14th
   Bentonville, Arkansas
   $300,000,000.00-three hundred million dollars

   Cause: wrongful death
          neglect


7. Nurse Susan McDonald employed by the Benton Cpunty Jail
   1300 Southwest 14th
   Bentonville, Arkansas 72712
   Also as a private citizen
   $250,000,000.00-two hundred million dollars

   Cause: Medical malpractice
          Wrongful death
          Neglect

8. St. mary Hospital
   Roger, Arkansas

   All Doctors, Nursing staff, alone with it's administration

   as well as board of directors, assigned to the care and recovery

   of Roxanne L. Carter/McCarthy.

   $200,000,000.00-two hundred million dollars (each)

   Cause: Wrongful death
          Medical Malpractice
          Negkect


9. Dr. Daniel S. Bradford
   3232 North Hills
   Springdale, Arkansas
   $100,000,000.00-one hundred million dollars.

   Cause: Medical Malpractice
          Neglect
          Wrongful death


10. Mercy Health Systems For Northwest Arkansas
    Springdale, Arkansas
    $100,000,000.00-one hundred million dollars.

    Cause: Medical Malpractice
           Wrongful death
           Neglect


11. Highland Oncology Group
    Springdale, Arkansas
    $100,000,000.00-one hundred million dollars.

    Cause: Medical Malpractice
           Wrongful death
           Neglect


12. Dr. Miles employed by Highland Oncology Group
    Springdale, Arkansas
    $100,000,000,00.-one hundred million dollars.

    Cause: Medical Malpractice
           Neglect
           Wrongful death

13. United States District Attorney Office Of Western Arkansas.  Asst District Attorney Kyre Jenner and her investigation person, Robert C. Balfe.

    $10,000,000.00-ten million dollars.(each)

    Cause: Wrongful death
           Neglect

    Also Ms. Kyre Jenner as an private citizen
         P.O. Box 1524
         Fort Smith, Arkansas   72902
         $100,000,000.00-one hundred million dollars.

         Cause: Wrongful death
                Neglect

14. United States Marshalls Service For Western Arkansas each Marshall, which shall be named as defendants.

    35 E. Mountain Street
    Fayetteville, Arkansas   72701

    $10,000,000.00-ten million dollars.(each)

    $10,000,000.00-ten million dollars.(each) as private citizen

    Cause: Wrongful death
           Neglect

15. All other witnesses and alledged victims from the U.S. v Roxanne L. Carter/McCarthy,  U.S. case: #04-50042-001

    Cause: Wrongful death

16. Windcrest Nursing Home Inc
    2455 Lowell
    Springdale, Arkansas   72765
    $100,000,000.00-one hundred million dollars

    Cause: Wrongful death
           Neglect

17. Dr. Cynthia Wilson-medical staff member at St. Mary's

    Memorial Hospital.  Rogers, Arkansas

$500,000,000.000.00-five hundred billion dollars

Cause: Medical Malpractice
       Wrongful Death
       Neglect

Dr. Cynthia Wilson as an individual citizen.

$100,000,000,000.00-one hundred billion dollars

Cause: Medical Malpractice
       Wrongful death
       Neglect


18. Roman Catholic Diocese Of Northwest Arkansas

    Rogers, Arkansas

$10,000,000.00-ten million dollars.

Cause; Wrongful death
       Neglect


19. United States Public Defender:  Jack Schisler

    Also Mr. Jack Schisler as an individual citizen.

    $50,000,000.00-fifty million dollars.

    38 Trenton Blvd #101
    Fayetteville, Arkansas 72701

    Cause: Wrongful death
           Neglect
           Legal Malpractice


20. Margo Brown RN/DON

    Windcrest Nursing Home
    2455 Lowell Rd.
    Springdale, Arkansas   72765

    $25,000,000.00-twenty five million dollars.

    Cause: Medical Malpractice
           Wrongful Death
           Neglect

21. Kristina Courtney, BOM
    Windcrest Nursing Home
    2455 Lowell Rd.
    Springdale, Arkansas 72765
    $25,000,000.00-twenty five million dollars.

    Cause: Neglect

22. David Threlkeld, Administrator
    Windctest nursing Home
    2455 Lowell Rd.
    Springdale, Arkansas  72765
    $50,000,000.00-fifty million dollars.

    Cause: Wrongful death
           Neglect

23. Carole Gamble D.S.M
    Windcrest Nursing Home
    2455 Lowell Rd
    Springdale, Arkansas 72765
    $20,000,000.00-twenty million dollars

    Cause: Wrongful death
           Neglect

24. Misty Griffith, Nutritionist
    Windcrest Nursing Home
    2455 Lowell Rd
    Springdale, Arkansas 72765
    $25,000,000.00-twenty five million dollars.

    Cause: Wrongful death
           Neglect

25. Sammi Eddie, P.T.A.
    Windcrest Nursing Home
    2455 Lowell Rd
    Springdale, Arkansas
    $10,000,000.00-ten million dollars.

    Cause: Wrongful death
           Neglect

VICTIMS FROM U.S.

CASE# 04-50042-001

1. Lilia Castaneda-Mesta
   2504 Jill circle #A
   Springdale, Arkansas   72765
   $10,000,000.00-ten million dollars.

   Cause: Wrongful death

2. Juan carlos Castrellon-Lopez
   2180 N. College
   Fayetteville, Arkansas 72701
   $10,000,000.00-ten million dollars.

   Cause: Wrongful death

3. Luis Manuel Castrellon-Lopez
   2108 N. College
   Fayetteville, Arkansas 72701
   $10,000,000.00-ten million dollars.

   Cause: Wrongful death

4. Alonso Roberto Gallardo-Guevara
   2180 N. College
   Fayetteville, Arkansas   72701
   $10,000,000.00-ten million dollars.

   Cause: Wrongful death

5. Luis Alonso Garcia-Duenas
   1935 W. Stone #103
   Fayetteville, Arkansas 72701
   $10,000,000.00-ten million dollars

   Cause: Wrongful death

6. Jesus Maria Garcia Gutierrez
   706 Southwest 10th
   Bentonville Arkansas 72712
   $10,000,000.00-ten million dollars

   Cause: Wrongful death


7. Juana Lizbeth Garcia Munoz
   1935 W. Stone #103
   Fayetteville, Arkansas 72701
   $10,000,000.00-ten million dollars

   Cause: Wrongful death


8. Zessna Latica Garcia-Rios
   706 Southeast 10th
   Bentonville, Arkansas 72712
   $10,000,000.00-ten million dollars

   Cause: Wrongful death


9. Martha Elena Garduno-Ballesteros
   1250 McClelland Rd
   Elkins, Arkansas 72727
   $10,000,000.00-ten million dollars

   Cause: Wrongful death


10. Lorena Gayton-Lara
    1211 N. Leverett Ave.
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death


11. Luz Maria Bonzalez-Juarez
    1405 Margaret Pl
    Roger, Arkansas 72756
    $10,000,000.00-ten million dollars

Cause: Wrongful death

12. Fabiola Gonzalez Ruiz
    201 E. Appleby #5
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

13. Cesar Hernandez
    272 E. 12th
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

14. Margarita Hernandez-Oregon
    1219 N. Storer Ave
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

15. Alberto Hernandez-Vera
    272 E. 12th Street
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

16. Armando Sbarra-Escalante
    16900 E. Breeder Rd.
    Prairie grove, Arkansas  72753
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

17. Maria Virginia Lopes-Jbarra
    2180 N. College
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

18. Daniel Marquez
    1603 Azelea
    Springdale, Arkansas 72762
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

19. Lucia Morano-Morones
    920 Rochelle Rd
    Irving, Texas  75014
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

20. Erika Paulina Munoz-Altamira
    1935 W. Stone #103
    Fayetteville, Arkansas  72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful Death

21. Cesar Perez-Martinez
    1405 Margaret Pl
    Rogers, Arkansas 72756
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

22. Alma Leticia Rios-Limones
    706 Southeast 10th
    Bentonville, Arkansas 72712
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

23. Cesar Rivera-Leyva
    2250 W. Main #12
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

24. Jaime Rodriguez-Manjarrez
    3104 Second Street
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

25. Oscar Rodriguez-Vaca
    3104 Second Street
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

26. Robert Sinhue Rodriguez-Vaca
    3104 Second Street
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

27. Jesus Enrique Rodriguez-Hernandez
    1250 McClelland Rd.
    Elkins, Arkansas 72727
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

28. Lizette Santiago-Sanchez
    3104 Second Street
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

29. Jesus Santos
    961 Regency Dr
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

30. Paola Janet Tafoya-Arias
    908 Century Dr
    Rogers, Arkansas 72756
    $10,000,000.00-ten million dollars     Cause: Wrongful death

31. Victor Torres- Anaya
    201 Appleby #5
    Fayetteville Arkansas  72701
    $10,000,000.00-ten million dollars

    Cause:  Wrongful death

32. Jose Luis Vaca-Pena
    3104 Second Street
    Fayetteville, Arkansas  72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

33. Maria DeLourdes  Vaca-Pena
    3104 Second Street
    Fayetteville, Arkansas   72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

34. Hermilo Vargus-Garcia
    13615 Pyramid Dr.
    Farmers Branch, TX.
    $10,000,000.00-ten million dollars

    Cause:  Wrongful death

35. Luis Enrique Vargus-Garcia
    1700 Duncan Way
    Carrolton, Tx   75006
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

36. Graciano Vera-Villegas
    278 12th Street
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

37. Efren Rodriquez
    1250 McClelland
    Elkins, Arkansas 72727
    $10,000,000.00-ten million

    Cause: Wrongful death

38. Julio Hernandez
    6985 W. Rockwell
    Little Rock, Arkansas 72201
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

39. Jonathan Jaxier Vaca-Pena
    1250 McClelland
    Elkins, Arkansas 72727
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

40. Pedro Adolfo-Santos-Gonzalez
    961 Regency Dr
    Fayetteville, Arkansas 72704
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

41. Luis Navarra-Carlos
    218 Chestnut Street #7
    Fayetteville, Arkansas  72703
    $10,000,000.00-ten million dollars

    Cause: wrongful death

42. Rebecca Lara
    2331 W. Deane #6
    Fayetteville, Arkansas 72703
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

43. Miriam Alejandra-Amaya-Gallardo
    2180 N. College
    Fayetteville, Arkansas  72701
    $10,000,000.00-ten million dollars`

    Cause: Wrongful death

44. Gustaxo Anaya-Pena
    201 E. Appleby #5
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause:  Wrongful death

45. Oscar Elisco Ayala
    1115 S. School
    Fayetteville, Arkansas
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

46. Ellena Balleza
    O Plaza #3201
    Dallas, Tx. 75201
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

47. Jose Alberto Beuxara-Gonzalez
    1219 N. Storer Ave
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

48. Joaquio Carmona-Ladesma
    3104 Second Street
    Fayetteville, Arkansas 72701
    $10,000,000.00-ten million dollars

    Cause: Wrongful death

WITNESSES FROM THE U.S.
CASE# 04-50042

Rebecca Juarez, Marie Boyd, Laura Ponder and Demon Ponder
$50,000,000.00-fifty million dollars.(each)

Cause: Wrongful death


All guards from all shifts at the Benton County Jail.
$40,000,000.00-forty million dollars. (each)

Cause: Wrongful death
       Neglect


Windcrest Nursing Home, Nursing staff from all shifts.
$10,000,000.00-ten million dollars.(each)

Cause: Neglect
       Wrongful death


Dr. Cynthia Wilson
St. Mary's Memorial Hospital
Rogers, Arkansas
$100,000,000.00-one hundred million dollars.

Cause: Medical Malpractice
       Neglect
       Wrongful death


MOTION

I Dananai A. McCarthy (Aka) Danny McCarthy, come before this Honorable court, pro se searching for justice in the death of Roxanna L. Carter/McCarthy. Who was in the care of the above named defendants, who caused her death directly or indirectly.

From February 1, 2005, Roxanna was a Federal detainee housed at Benton County Jain until Oct.28,2005 without bond, alleged to have impersonated a Federal Officer. On Oct.28, 2005 Roxanna was rushed to St. Mary's Hospital where she was suffering with double pneumonia. All because the medal staff at Benton County Jail refused her medical treatment, not even an asprin was given to her, no x-rays were taken upon her admission to St. Mary's Hospital. They found that she was suffering from lung and

next page

throat cancer. Roxanna remained at St. Mary's Hospital until around November 20th 2005, where she was then transferred to Windcrest Nursing Home in Springdale, Arkansas. On December 13th 2005, Roxanna was given an I-bond, December 17th 2005, Roxanna was seen by Dr. Daniel Bradford, at around 10:30am. Roxanna was rushed to Mercy Hospital on December 17th 2005, in Springdale, Arkansas for pneumonia, severe malnutrition and dehydration.
On December 26, 2005, my wife died from respiratory failure. The staff at Windcrest Nursing Home knew that Roxanna was not eating, but did nothing.

1. Motion for inspection and Discovery

2. Motion Disclosure Pref.

3. Disclosure of criminal Records

CONCLUSION

On my brithday, December 26, 2005, after suffering at and from the above defendants, Roxanna L. Carter/McCarthy died. She had been in the care of the above defendants, which none tried to save her. No Matter what alleged crimes she was accused of she was never found guilty, but was her crimes worth her life? For me all involved know the truth. I who did nothing, all has been taken and removed. Why? Can you return her life? Your Honor all I can do is pray for some relief.

In closing, Roxanna was not found guilty in the court, she suffered continually for eleven months in a cold environment, only to eat cold-cuts three times a day. No comb to comb her hair. What crime could she had commited that she had to suffer and die.

4230 S. Wells  
Chicago, Ill 60609  
773-268-4057

Respectfully  
Dananai A. McCarthy  
Spouse/Pro se

*[signature]*  
062606