UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANANAI A. McCARTHY                                              PLAINTIFF

    vs.                            Case No. 06-5150

DR. N. MULLINS, et al.                                          DEFENDANTS

**O R D E R**

On this 12th day of April, 2007, comes on to be considered the **Motion to Dismiss for Failure to State a Claim on Which Relief May Be Granted (doc. 48)** of separate defendant the Roman Catholic Diocese of Little Rock, erroneously referenced in the complaint as the "Roman Catholic Diocese of Northwest Arkansas."  Being well and sufficiently advised, the Court finds and orders as follows:

1.    The plaintiff, Dananai A. McCarthy, filed his complaint with this Court on August 14, 2006.  In the complaint, McCarthy appears to include as a defendant the "Roman Catholic Diocese of Northwest Arkansas."  According to the pleadings currently before the Court, the above referenced separate defendant was erroneously referenced and is actually the "Roman Catholic Diocese of Little Rock."  (hereinafter "Catholic Diocese")

2.    The Catholic Diocese now moves for dismissal of the plaintiff's complaint.  The Catholic Diocese argues that the complaint against it should be dismissed in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure as it fails to state a claim upon which relief can be granted.  The Catholic Diocese further argues that the complaint is devoid of any factual allegations that could support a cause of action against it for either neglect or wrongful death.  The Catholic Diocese further argues that the complaint fails to constitute a statement of a claim for relief against it, as described in Rule 8(a) of the Federal

Rules of Civil Procedure.  The plaintiff has not responded to the instant motion to dismiss.

3.  The Court agrees with the Catholic Diocese's argument and finds that the complaint fails to state a claim upon which relief can be granted with respect to the Catholic Diocese.  The complaint merely lists the "Roman Catholic Diocese of Northwest Arkansas, Rogers, Arkansas" as a defendant.  The complaint then contains the following statements: "$10,000,000.00 – ten million dollars Cause: Wrongful Death Neglect."  (document #1, p. 5)

The complaint simply fails to sufficiently plead in a fashion in which the Catholic Diocese can receive reasonable notice of the allegations which are being made against it.  *See* Fed. R. Civ. P. 10.

4.  For the above reasons, the Court finds that the instant motion should be, and it hereby is **GRANTED.**

IT IS, THEREFORE, ORDERED the **Motion to Dismiss for Failure to State a Claim on Which Relief May Be Granted (doc. 48)** should be, and it hereby is **granted.**

IT IS, FURTHER, ORDERED that the plaintiff's complaint as stated against the Roman Catholic Diocese of Northwest Arkansas should be, and it hereby is, **dismissed.**

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE