```
             UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

DANANAI A. McCARTHY                                           PLAINTIFF

    vs.                    Case No. 06-5150

DR. N. MULLINS, et al.                                       DEFENDANTS

## O R D E R

On this 12th day of April, 2007, comes on to be considered the **Motion to Dismiss (doc. 57)** of Mercy Health Systems for Northwest Arkansas. Being well and sufficiently advised, the Court finds and orders as follows:

1. The plaintiff, Dananai A. McCarthy, filed his complaint with this Court on August 14, 2006. In the complaint, McCarthy appears to include as a defendant Mercy Health Systems for Northwest Arkansas (hereinafter "Mercy"). According to the pleadings presently before the Court, it appears that the proper name of the entity included as Mercy is actually "QHG of Springdale, Inc., d/b/a Northwest Medical Center of Washington County."

2. Mercy now moves for dismissal of the plaintiff's complaint. Mercy argues that the complaint against it should be dismissed for: lack of jurisdiction over the person; insufficiency of process; insufficiency of service of process; and failure to state a claim upon which relief can be granted. The plaintiff has not responded to the instant motion to dismiss.

3. The Court will first address Mercy's argument with respect to insufficiency of service of process. Proper service of process is important because "[i]f a defendant is improperly served, a federal court lacks jurisdiction over the defendant." Printed Media Services, Inc. V. Solna Web, Inc., 11 F.3d 838, 843 (8th Cir. 1993)(citations omitted). It appears that the plaintiff attempted

to accomplish service through the mail. The plaintiff's Affidavit of Service (doc. 29) evidences that the plaintiff attempted service via certified mail on October 7, 2006. From the attached certified mail receipts, it appears that "restricted delivery" was not required; that two envelopes were addressed to "Att: Administrator Medical Heath Sys. Of N.W. Ar. Springdale" and "Mercy Health Sys. For Northwest Ar."; and, that the envelopes were *not* signed for as required by the return receipt. Rule 4 of the Federal Rules of Civil Procedure governs service of process and provides that service may be accomplished "pursuant to the law of the state in which the district court is located, or in which service is effected." Fed. R. Civ. P. 4(e)(1). Arkansas law provides

> Service of a summons and complaint upon a defendant of any class referred to in paragraphs (1) through (5), and (7) of this subdivision (d) may be made by the plaintiff or an attorney of record for the plaintiff by any form of mail addressed to the person to be served with a return receipt requested and delivery restricted to the addressee or the agent of the addressee. The addressee must be a natural person specified by name, and the agent of the addressee must be authorized in accordance with U.S. Postal Service regulations. However, service on the registered agent of a corporation or other organization may be made by certified mail with a return receipt requested.

AR. R. Civ. P. 4(d)(8)(A)(I). The pleadings do not evidence that service was accomplished in the manner proscribed by law – specifically; and, therefore, the Court finds that service was insufficient.

4. The Court further finds that the complaint fails to state a claim upon which relief can be granted with respect to Mercy. The complaint simply fails to sufficiently plead in a fashion in which Mercy can receive reasonable notice of the

allegations which are being made against it.  *See* Fed. R. Civ. P. 10.

    5.   For the above reasons, the Court finds that the instant motion should be, and it hereby is **GRANTED**.

    IT IS, THEREFORE, ORDERED the **Motion to Dismiss (doc. 57)** should be, and it hereby is **granted**.

    IT IS, FURTHER, ORDERED that the plaintiff's complaint as stated against Mercy Health Systems for Northwest Arkansas should be, and it hereby is, **dismissed**.

    IT IS SO ORDERED.

    /S/JIMM LARRY HENDREN
    JIMM LARRY HENDREN
    UNITED STATES DISTRICT JUDGE