```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

DANANAI A. McCARTHY                                    PLAINTIFF

    vs.                    Case No. 06-5150

DR. N. MULLINS, et al.                                DEFENDANTS

### O R D E R

On this 12th day of April, 2007, comes on to be considered the **Motion of Defendant – Jack Schisler to Dismiss Under Rule 12(b)(6) and For Lack of Standing (doc. 64).** Being well and sufficiently advised, the Court finds and orders as follows:

1. The plaintiff, Dananai A. McCarthy, filed his complaint with this Court on August 14, 2006. In the complaint, McCarthy appears to include as a defendant Jack Schisler (hereinafter "Schisler").

2. Schisler now moves for dismissal of the plaintiff's complaint. Schisler argues that the complaint against him should be dismissed under Rule 12(b)(6) of the Federal Rules of Civil Procedure and due to lack of standing. The plaintiff has not responded to the instant motion to dismiss.

3. The Court will first address Schisler's argument that the complaint should be dismissed under Rule 12(b)(6) of the Federal Rules of Civil Procedure. The complaint merely lists Jack Schisler as a defendant both as a United States Public Defender and as an individual citizen. The complaint then contains the following statements: "$50,000,000.00 – fifty million dollars 38 Trenton Blvd #101 Fayetteville, Arkansas 72701  Cause: Wrongful Death Neglect Legal Malpractice." (document #1, p. 5)

The complaint simply fails to sufficiently plead in a fashion in which Schisler can receive reasonable notice of the allegations which are being made against him.  *See* Fed. R. Civ. P. 10; 12(b)(6).

4.   For the above reasons, the Court finds that the instant motion should be, and it hereby is **GRANTED**.  Because it has ruled on the motion on the above grounds, the Court will not address Schisler's other reasons he contends support dismissal at this time.

IT IS, THEREFORE, ORDERED the **Motion of Defendant - Jack Schisler to Dismiss Under Rule 12(b)(6) and For Lack of Standing (doc. 64)** should be, and it hereby is **granted.**

IT IS, FURTHER, ORDERED that the plaintiff's complaint as stated against Jack Schisler should be, and it hereby is, **dismissed.**

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE