```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                        FAYETTEVILLE DIVISION
```

DANANAI A. McCARTHY                                          PLAINTIFF

    vs.                    Case No. 06-5150

DR. N. MULLINS, et al.                                       DEFENDANTS

## O R D E R

On this 26th day of June, 2007, comes on to be considered the plaintiff's **Motion for Reconsideration (doc. 80)**. Being well and sufficiently advised, the Court finds and orders as follows:

1. Rule 60 of the Federal Rules of Civil Procedure provides for relief from an order or judgment under certain circumstances. None of those circumstances apply in this situation. This Rule cannot be properly used to simply restate arguments which the Court has already rejected and the Court will not permit the plaintiff to do that in this case. Accordingly, the Court finds that plaintiff's pleadings offer neither law nor fact requiring departure from the Court's previous orders, and, therefore, finds the plaintiff's **Motion for Reconsideration (doc. 80)** should be, and it hereby is, **denied**.

IT IS SO ORDERED.

                                        /S/JIMM LARRY HENDREN
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE